**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

<u>Miguel Ortiz</u>

  v.            Civil No. 05-cv-350-SM

<u>Larry Blaisdell, Warden,</u>
<u>Northern New Hampshire Correctional Facility</u>

**O R D E R**

  For reasons unknown, but clearly through no fault of petitioner, an order of January 26, 2007 was neither docketed nor sent to petitioner by the Clerk's office.  The stay in existence on January 26, 2007 is re-instituted to January 26, 2007 <u>nunc pro tunc</u>.  The thirty day period referenced in the "conclusion" is ordered to commence on July 11, 2007.

  **SO ORDERED.**

                /s/ James R. Muirhead
                James R. Muirhead
                United States Magistrate Judge

Date: July 11, 2007

cc: Miguel Ortiz, pro se